NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,     )
           )
   Appellant,    )
           )
v.          )  Case No. 2D12-2883
           )
RONALD YORK,     )
           )
   Appellee.    )
_____)

Opinion filed July 25, 2014.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Dawn A. Tiffin, Assistant
Attorney General, Tampa, for Appellant.

Ronald York, pro se.

PER CURIAM.

   This is a companion case to State v. Crumbley, No. 2D12-2882 (Fla. 2d DCA

July 25, 2014). We reverse and remand for the same reasons expressed in that case.

ALTENBERND, NORTHCUTT, and CASANUEVA, JJ., Concur.